UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:    Denise Chase           Case No.    **08-34881-KRH**
          Debtor(s)              Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

1. The Attorney has provided services to the Debtor(s) in connection with the following:

    **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **7/14/2010** for which the Attorney requests compensation for service in the amount of $250.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
(804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:     Denise Chase                              Case No.    **08-34881-KRH**
           Debtor(s)                                 Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

>File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

>Clerk of Court
>United States Bankruptcy Court
>701 E. Broad Street
>Richmond, VA 23219

You must also mail a copy to:         Richard J. Oulton, Esq.
                                      The Debt Law Group, PLLC
                                      2800 N. Parham Rd, Ste 100
                                      Henrico, VA 23294
                                      Attorney for the Debtor(s)

:    Chapter 13 Trustee:  Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

>Attend a hearing which will be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**1/4/2011**                                         /s/ Richard J. Oulton

Richard J. Oulton (VSB#29640)
Attorney for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
(804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

/s/ Richard Oulton
Richard J. Oulton

**Service list:**

**Carl M. Bates**
**P. O. Box 1819**
**Richmond, VA 23218-1819**

**NAME AND ADDRESSES OF CREDITORS**

Central Credit Services
P.O. Box 15118
Jacksonville, FL 32239-5118


Cit Bank/Dfs
12234 N Ih 35 Sb Bldg B
Austin, TX 78753


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Encore Receivable Management
400 N Rogers Rd
P.O. Box 3330
Olathe, KS 66063-3330


First Mkt Bk
P.O. Box 357
Memphis, TN 38150


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Glasser and Glasser, PLC
P.O. Box 3400
Norfolk, VA 23514


Henrico Doctor's Hospital FRST
P.O. Box 740760
Cincinnati, OH 45274-0760


National Credit Systems Inc
P.O. Box 312125
Atlanta, GA 31131


Tnb - Target
Po Box 673
Minneapolis, MN 55440


Va Credit Union
7500 Boulders View Drive
Richmond, VA 23225

```
Wells Fargo Ed Fin Svc
301 E 58th St N
Sioux Falls, SD 57104


Wells Fargo Home Mortgage
P.O. Box 14411
Des Moines, IA 50306-3411


Wells Fargo Mortgage
1 Home Campus
Des Moines, IA 50328-0001
```